**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Northern District Of Illinois_____
                          (State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Harbor Foodliner, Inc.

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    4 7 - 4 3 7 9 7 5 3

4. **Debtor's address**

    **Principal place of business**

    1235 Sheridan Rd
    Number    Street

    Winthrop Harbor    IL    60096
    City    State    ZIP Code

    LAKE
    County

    **Mailing address, if different from principal place of business**

    Number    Street

    P.O. Box

    City    State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number    Street

    City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor __Harbor Foodliner, Inc.__    Case number (if known) _____
     Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☒ No
   - ☐ Yes.   District _____   When _____   Case number _____
                                                       MM / DD / YYYY
     District _____   When _____   Case number _____
                                            MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ☒ No
    - ☐ Yes.   Debtor _____   Relationship _____
      District _____   When _____
                                          MM / DD / YYYY
      Case number, if known _____

Debtor  Harbor Foodliner, Inc.  Case number (if known) _____
_____Name_____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    [x] No
    [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    [ ] It needs to be physically secured or protected from the weather.

    [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    [ ] Other _____

    **Where is the property?** _____
    Number      Street

    _____
    City                                State    ZIP Code

    **Is the property insured?**
    [ ] No
    [ ] Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**

    *Check one:*

    [ ] Funds will be available for distribution to unsecured creditors.
    [x] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    [x] 1-49
    [ ] 50-99
    [ ] 100-199
    [ ] 200-999
    [ ] 1,000-5,000
    [ ] 5,001-10,000
    [ ] 10,001-25,000
    [ ] 25,001-50,000
    [ ] 50,001-100,000
    [ ] More than 100,000

15. **Estimated assets**

    [ ] $0-$50,000
    [ ] $50,001-$100,000
    [x] $100,001-$500,000
    [ ] $500,001-$1 million
    [ ] $1,000,001-$10 million
    [ ] $10,000,001-$50 million
    [ ] $50,000,001-$100 million
    [ ] $100,000,001-$500 million
    [ ] $500,000,001-$1 billion
    [ ] $1,000,000,001-$10 billion
    [ ] $10,000,000,001-$50 billion
    [ ] More than $50 billion

Debtor   Harbor Foodliner, Inc.
       Name

Case number (if known)

16. Estimated liabilities
- ☐ $0-$50,000
- ☒ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X /s/ Jose Nunez Chavez
Signature of authorized representative of debtor

Jose Ma. Nunez Chavez
Printed name

Title  President

18. **Signature of attorney**

X /s/ MAC
Signature of attorney for debtor

Date _____
    MM / DD / YYYY

Manuel A. Cardenas
Printed name

Law Offices of Manuel A. Cardenas and Associates, P.C.
Firm name

2059 North Western Avenue
Number   Street

Chicago          IL    60647
City              State    ZIP Code

(773) 227-6858       mac.cardenaslaw@att.net
Contact phone         Email address

6228970          IL
Bar number         State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  
**Harbor Foodliner, Inc.**

Case No. _____

**Debtor**

Chapter **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .............................. $ **2,000.00**

   Prior to the filing of this statement I have received ...................... $ **2,000.00**

   Balance Due ............................................................ $ **0.00**

2. The source of the compensation paid to me was:

   [X] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor        [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____   _____
*Date*                                *Signature of Attorney*

                      **See Attachment 1**
                      *Name of law firm*

Attachment
Debtor: Harbor Foodliner, Inc.    Case No:

**Attachment 1**

**Law Offices of Manuel A. Cardenas and Associates, P.C.**

Anthony Marano Company
3000 South Ashland Avenue
Chicago, IL 60608


Cargill Food Distributor
10420 Woodward Avenue
Woodridge, IL 60517


Comcast
125 West North Avenue
Chicago, IL 60610


ComEd
%Nicholas Poteres
3 Lincoln Center
Oakbrook Terrace, IL 60181


Domestic Uniforms Rental
3896 Grove Avenue
Gurnee, IL 60031


First Data Global Leasing
P O box 173845
Denver, CO 80217


Harbor Plaza
1201 Sheridan Rd
Winthrop Harbor, IL 60096


Illinois Department of Revenue
Bankruptcy Unit, 100 West Randolph St #7
Chicago, IL 60601


Internal Revenue Department
2001 Butterfield Rd
Downers Grove, IL 60515

```
Maria DelCarmen
342 Kirkwood Avenue
Winthroopk Harbor, IL 60096
```